David E. Patton
*Executive Director
and Attorney-in-Chief*

November 22

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2019
```

**BY ECF AND EMAIL**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007

Re: **United States v. Amay Grannison**
    **19 Cr. 678 (AT)**

Dear Judge Torres:

This letter is respectfully submitted on behalf of my client, Amay Grannison, to request an adjournment of the status conference currently scheduled for Wednesday, December 4, 2019, at 2:00 P.M. I have spoken with Alexander Li, Esq. on behalf of the Government, and he consents to this application. I am requesting an adjournment of approximately 30 days, subject to the Court's schedule.

Ms. Grannison has filed an application for admission to the Young Adult Opportunity Program. Thus far I have not been notified of any decision. In addition, the Government has been providing discovery, which is extensive, on a rolling basis, and counsel has not yet completed review of a large number of videos.

If the Court grants this application, I respectfully request that the Court exclude the time from speedy trial calculations pursuant to 18 U.S.C. §3161(h)(7)(A), in the interests of justice

Respectfully submitted,

Robert M. Baum
Assistant Federal Defender

GRANTED. The status conference scheduled for December 4, 2019 is ADJOURNED to **January 16, 2020, at 1:30 p.m.**

It is further ORDERED that the time until January 16, 2020 is excluded from the Speedy Trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial in that this will allow Defendant to seek admission to the Young Adult Opportunity Program and defense counsel to review discovery.

SO ORDERED.

Dated: November 22, 2019
New York, New York

ANALISA TORRES
United States District Judge