USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

AMAY GRANNISON,

        Defendant.

19 Cr. 678 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  It is hereby ORDERED that the parties shall appear for a bail review hearing on **December 4, 2019**, at **2:00 p.m.**

  SO ORDERED.

Dated: November 27, 2019
   New York, New York

                _____
                  ANALISA TORRES
                United States District Judge