USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

19 Cr. 678-1 (AT)

AMAY GRANNISON,

**ORDER**

Defendant.

ANALISA TORRES, District Judge:

It is hereby ORDERED that the parties shall appear for a telephonic bail review hearing for Defendant Amay Grannison on **April 13, 2020**, at **4:00 p.m.** The parties are directed to call (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

SO ORDERED.

Dated: April 9, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge