# Federal Defenders
## OF NEW YORK, INC.

52 Duane S

David E. Patton
Executive Director
and Attorney-in-Chief

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2020

June 10, 2020

BY ECF AND EMAIL
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007

Re:   **United States v. Amay Grannison**
      **19 Cr. 678 (AT)**

Dear Judge Torres:

This letter is respectfully submitted on behalf of my client, Amay Grannison, to request an adjournment of the status conference currently scheduled for June 18, 2020. I have spoken with Alexander Li, Esq. on behalf of the Government, and he consents to this application. I am requesting an adjournment of approximately 45 days, subject to the Court's calendar. On the adjourned date set by the Court, I anticipate that Ms. Grannison will enter a guilty plea pursuant to a plea agreement with the Government. We would at that time consent to proceed telephonically. The additional time will allow counsel to fully review and discuss the plea agreement with Ms. Grannison.

If the Court grants this application, I respectfully request that the Court exclude the time from speedy trial calculations pursuant to 18 U.S.C. §3161(h)(7)(A), in the interests of justice.

Respectfully submitted,
/S/
Robert M. Baum
Assistant Federal Defender

GRANTED.

The status conference scheduled for June 18, 2020 is ADJOURNED to **August 13, 2020**, at **11:30 a.m.**

It is further ORDERED that the time until August 13, 2020 is prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow time for the parties to review and discuss the plea agreement.

SO ORDERED.

Dated: June 11, 2020
       New York, New York

ANALISA TORRES
United States District Judge