UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

AMAY GRANNISON,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/2020

19 Cr. 678-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is hereby ORDERED that trial in this case is set for **February 16, 2021**.

    SO ORDERED.

Dated: July 6, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge