UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

AMAY GRANNISON,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2021

19 Cr. 678-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for June 23, 2021, at 1:00 p.m. shall take place in Courtroom 21C of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: June 22, 2021
       New York, New York

                                            ANALISA TORRES
                                           United States District Judge